# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No.  3:23-CR-52** |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGES CRYTZER / MCCOOK** |
| **DEREK LOGAN BLALOCK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby gives notice that an Information [Doc. 12] was filed on April 19, 2023, charging forfeiture of the properties described below pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c).  On May 5, 2023, an Agreed Preliminary Order of Forfeiture [Doc 23] was entered wherein the Defendant agreed to forfeit his interest in the following properties:

(a) Thirteen (13) Machinegun Conversion Devices, seized from Defendant on or about February 7, 2023, at 2938 Sunset Avenue, Knoxville, Tennessee;

(b) Anderson Manufacturing, Model AM-15, multi-caliber pistol, SN: 22052618, seized from Defendant on or about February 7, 2023, at 2938 Sunset Avenue, Knoxville, Tennessee;

(c) 39 Rounds other assorted .556 cal. Ammunition; and

(d) 76 Rounds Tula Cartridge Works - Russia .762 cal. Ammunition, seized from Defendant on or about February 7, 2023, at 2938 Sunset Avenue, Knoxville, Tennessee;

On September 11, 2023, administrative forfeiture of the above-described properties was completed pursuant to a Declaration of Administrative Forfeiture entered by the Bureau of

Alcohol, Tobacco, Firearms and Explosives in accordance with 19 U.S.C. § 1609.  Copies of the Declarations of Administrative Forfeiture are attached hereto as Exhibits A and B.

Accordingly, the United States is no longer seeking criminal forfeiture of the properties and will not ask the Court to pronounce the forfeiture of the properties as part of the defendant's sentence or seek a final order of forfeiture regarding said properties.

Respectfully submitted on October 10, 2023.

FRANCIS M. HAMILTON III
United States Attorney

By:  *s/Miriam S. Johnson*
MIRIAM S. JOHNSON
Assistant United States Attorney
TN Bar No. 034292
800 Market Street, Suite 211
Knoxville, Tennessee 37902
miriam.johnson@usdoj.gov
(865) 545-4167

2