

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

## DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | See Attached List |
| Case Number: | 776030-23-0023 |
| Seizure Number: | 01 |
| Judicial District: | Eastern District of Tennessee |
| Seizure Date: | 02/07/2023 |
| Seizure Location: | Knoxville, TN |

The property described above was taken into custody by the Bureau of Alcohol, Tobacco, and Firearms for civil forfeiture pursuant to Title 18, United States Code (U.S.C.), Section 924(d). Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1602-1621 and 18 U.S.C. Section 983.

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 18 U.S.C. Section 924(d), and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Patricia Lancaster via the FR application                    Date: 09/11/2023

Attorney Advisor
As delegated by the Deputy Associate Chief Counsel for Asset Forfeiture
General Law and Information Division
Office of Chief Counsel

**EXHIBIT A**

**Asset List for Declaration of Administrative Forfeiture**

| Asset ID | Asset Description | VIN/Account/Serial Number | Asset Value At Seizure |
|---|---|---|---|
| 23-ATF-011017 | Anderson Manufacturing AM-15 Pistol CAL:Multi SN:22052618 | 22052618 | $600.00 |
| 23-ATF-011027 | 39 Rounds Other Ammunition CAL:556 | | $3.90 |
| 23-ATF-011033 | 76 Rounds Tula Cartridge Works - Russia Ammunition CAL:762 | | $7.60 |